# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:17-CR-00143-DGK-1 |
| ) | |
| JAMES E. LEE, ) | |
| ) | |
| Defendant. ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND ACCEPTING DEFENDANT'S GUILTY PLEA

On December 10, 2018 the Honorable John T. Maughmer, United States Magistrate Judge for the Western District of Missouri, issued his Report and Recommendation (Doc. 25) recommending that Defendant's guilty plea be accepted and that Defendant be adjudged guilty of possession with intent to distribute a cocaine base, in violation of 21 U.S.C. §§ 841(a) and (b)(1)(C), as alleged in Count Four of the Indictment.

Neither party objected to the Report and Recommendation, and the time for doing so has passed. 28 U.S.C. § 636(b)(1)(C); Local Rule 74.1(a)(2). The Court has also reviewed de novo the transcripts of the proceedings held before Judge Maughmer on December 10, 2018. In light of the evidence in the record and the lack of objection from either party, the Court adopts the Magistrate Judge's Report and Recommendation and (1) accepts Defendant's plea of guilty and (2) finds Defendant guilty of the crime charged in Count Four of the Indictment.

**IT IS SO ORDERED.**

Date: January 2, 2019 /s/ Greg Kays
GREG KAYS, CHIEF JUDGE
UNITED STATES DISTRICT COURT